**Vacate and Rendered and Opinion Filed July 15, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00053-CV

### AGL CONSTRUCTORS, A JOINT VENTURE, ARCHER WESTERN CONTRACTORS, LLC, GRANITE CONSTRUCTION COMPANY AND THE LANE CONSTRUCTION CORP., Appellants
### V.
### PTG-HDR JV, PARSONS TRANSPORTATION GROUP, INC. AND HDR ENGINEERING, INC., Appellees

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-05165**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Osborne

Before the Court is the parties' "Joint Motion to Vacate and Render Judgment Pursuant to Settlement." The parties report that they have settled all matters in controversy in this appeal, and request that we vacate the trial court's judgment without reference to the merits and render judgment dismissing the cause with prejudice. Citing appellate procedure rules 42.1(a)(2)(A) and 43.2(e), the parties request that the Court:

    (a)    vacate the trial court's judgment without reference to the merits;

(b) pursuant to the parties' agreement, render judgment dismissing the cause with prejudice;

(c) order that each party bear its own costs of appeal;

(d) direct the clerk of the district court to release to Appellant's counsel the Supersedeas Bond filed on November 8, 2019, and

(e) grant such other relief to which the parties may be entitled.

Texas Rule of Appellate Procedure 42.1(a)(2) addresses disposition of an appeal in accordance with the parties' agreement. *Rough Creek Mgmt., L.L.C. v. Weiss*, No. 05-12-01333-CV, 2014 WL 3700615, at *1 (Tex. App.—Dallas July 24, 2014, no pet.) (mem. op.). As requested by the parties, the Court vacates the trial court's judgment without reference to the merits and, pursuant to the parties' agreement, renders judgment dismissing the cause with prejudice. Also, as requested by the parties, we order that each party bear its own costs of the appeal, and direct the clerk of the district court to release to appellants' counsel the supersedeas bond filed on November 8, 2019. TEX. R. APP. P. 42.1(a)(2)(A) and 43.2(e).

200053f.p05

/Leslie Osborne//
_____
LESLIE OSBORNE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

AGL CONSTRUCTORS, A JOINT
VENTURE, ARCHER WESTERN
CONTRACTORS, LLC, GRANITE
CONSTRUCTION COMPANY
AND THE LANE
CONSTRUCTION CORP.,
Appellants

No. 05-20-00053-CV       V.

PTG-HDR JV, PARSONS
TRANSPORTATION GROUP, INC.
AND HDR ENGINEERING, INC.,
Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-05165.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Reichek participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **VACATED** without reference to the merits and, pursuant to the parties' agreement, judgment is **RENDERED** dismissing the cause with prejudice.

It is **ORDERED** that each party bear its own costs of this appeal. We **DIRECT** the clerk of the district court to release to appellants' counsel the supersedeas bond filed on November 8, 2019.

Judgment entered this 15th day of July, 2022.